UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:19–cr–00679

Hoai–Huong Truong

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Frances H Stacy

**PLACE:**

United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  9/20/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Counsel Determination Hearing

Date:    September 19, 2019

                                                                    David J. Bradley, Clerk