UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 19-CR-679-2 |
| | § | |
| STEVEN INBODY, ET AL. | § | <u>SEALED</u> |

**O R D E R**

Defendant Hoai-Huong Truong's Unopposed Motion for Permission to Travel is hereby:

_____GRANTED
_____DENIED

DONE AND ENTERED at Houston, Texas on this the _____day of _____, 2020.


_____
THE HONORABLE VANESSA GILMORE
UNITED STATES DISTRICT JUDGE