UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA § § §
VS. § CASE NO. 4:19-CR-00679-2
§ §
HOAI-HUONG TRUONG § §

O R D E R

Defendant Hoai-Huong Truong's Motion to Continue Sentencing is:

____X____ GRANTED
_____ DENIED

Sentencing is reset for July 12, 2021 at 9:30 a.m.

DONE AND ENTERED at Houston, Texas on this the __19th__ day of February 2021.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**